**CARNEY BATES & PULLIAM, PLLC**
Randall K. Pulliam (*pro hac vice*)
rpulliam@cbplaw.com
Lee Lowther (*pro hac vice*)
llowther@cbplaw.com
Courtney Ross Brown (*pro hac vice*)
cbrown@cbplaw.com
One Allied Dr., Suite 1400
Little Rock, AR 72202
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

**JACOBSON PHILLIPS, PLLC**
Joshua R. Jacobson (*pro hac vice*)
joshua@jacobsonphillips.com
2277 Lee Road, Suite B
Winter Park, FL 32789
Telephone: (321) 447-6461

**CONN LAW, PC**
Elliot Conn, California Bar No. 279920
elliot@connlawpc.com
100 Bush Street, Suite 1580
San Francisco, CA 94104
Telephone: (415) 417-2780
Facsimile: (415) 358-4941

*Attorneys for Plaintiff Sterling Kelly*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STERLING KELLY, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>HATFIELD, INC. D/B/A GRID AND DOES1-10, inclusive,<br><br>Defendants. | Case No.: 3:26-cv-00888-WHO<br><br>Assigned to the Hon. William H. Orrick<br><br>**JOINT STIPULATION TO REMAND TO STATE COURT** |

JOINT STIPULATION TO REMAND TO STATE COURT

Plaintiff Sterling Kelly and Defendant Hatfield, Inc. stipulate to remanding this action to state court. As grounds, Plaintiff contends removal was untimely under 28 U.S.C. § 1446(b)(1). Defendant consents to remand. Therefore, the parties stipulate to this action being remanded to the Superior Court of California for the County of San Francisco.

IT IS SO STIPULATED

Dated: February 25, 2026

*/s/ Lee Lowther*
Randall K. Pulliam (*pro hac vice*)
rpulliam@cbplaw.com
Lee Lowther (*pro hac vice*)
llowther@cbplaw.com
Courtney Ross Brown (*pro hac vice*)
cbrown@cbplaw.com
**CARNEY BATES & PULLIAM, PLLC**
One Allied Dr., Suite 1400
Little Rock, AR 72202
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

**CONN LAW, PC**
Elliot Conn, California Bar No. 279920
elliot@connlawpc.com
100 Bush Street, Suite 1580
San Francisco, CA 94104
Telephone: (415) 417-2780
Facsimile: (415) 358-4941

**JACOBSON PHILLIPS, PLLC**
Joshua R. Jacobson (*pro hac vice*)
joshua@jacobsonphillips.com
2277 Lee Road, Suite B
Winter Park, FL 32789
Telephone: (321) 447-6461

*Attorneys for Plaintiff Sterling Kelly,
and the Proposed Class*

Respectfully submitted,

*/s/ Melissa A. Meister*
Melissa A. Meister
mmeister@kcozlaw.com
**KABAT CHAPMAN & OZMER LLP**
707 Wilshire Blvd., Suite 4800
Los Angeles, California 90017
Telephone: (213) 493-3980
Facsimile: (404) 400-7333

*Attorney for Defendant
Hatfield, Inc., d/b/a GRID*

JOINT STIPULATION TO REMAND TO STATE COURT

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  This Order VACATES the pending Motion to Stay filed at Dkt. No. 17.

Dated: February 25, 2026

_____
Senior District Judge William H. Orrick

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred to the filing of this document.

Dated: February 25, 2026            */s/ Lee Lowther*
                                                     Lee Lother

JOINT STIPULATION TO REMAND TO STATE COURT